1070

STEVE WAGNER, *Plaintiff,* v. BEECH AIRCRAFT CORPORATION, ET AL, *Defendants.*

DOROTHY WALTHERS, *Individually and as Administratrix, Plaintiff,* v. FLIGHTCRAFT, INC., ET AL, *Respondents.*

JOHN P. KALBRENER, *Plaintiff,* v. GROSS AVIATION, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 821296, Frank D. Howard, J., entered August 27, 1984. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster and Pekelis, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN T. SCHANDEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-02876-3, James J. Dore, J., entered January 28, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Pekelis, J.

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND GENE TELFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-8-00507-8, Charles V. Johnson, J., entered January 14, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Swanson, J.